**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 09-cr-00527-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**GERARDO ALVARADO, a/k/a JERRY LNU,**

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

A Notice of Disposition was filed in the above matter on March 31, 2010.

IT IS ORDERED THAT A Change of Plea hearing is set for **April 22, 2010, at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than noon on April 20, 2010.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom at the time of the hearing** (*see* **D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the** *Booker* **and** *FanFan* **decisions, and they will only be accepted in certain circumstances.**

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for April 2, 2010, and the jury trial, set to commence April 19, 2010, are VACATED.

DATED: March 31, 2010.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge