**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 09-cr-00527-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**GERARDO ALVARADO, a/k/a JERRY LNU,**

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Change of Plea Hearing scheduled for Tuesday, May 18, 2010, at 10:00 a.m. is rescheduled to **Friday, May 21, 2010, at 10:00 a.m.**

    DATED: May 18, 2010